```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW KARELEFSKY,

               Plaintiff,

    - against -

DEPARTMENT OF CORRECTIONS, ET AL.,

              Defendants.

20-cv-9485 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

By Order dated December 17, 2020, the Court gave the plaintiff the opportunity to file a Second Amended Complaint within 60 days of the Order and warned that if the plaintiff failed to comply within the time allowed and could not show good cause, the case would be dismissed for failure to state a claim. The time to file a Second Amended Complaint is extended to August 27, 2021. Failure to submit a Second Amended Complaint by August 27, 2021 could result in the case being dismissed for failure to state a claim.

Chambers will mail a copy of this Order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
           July 23, 2021

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                   United States District Judge