UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW KARELEFSKY,
                    Plaintiff,

    - against -

CYNTHANIA BRANN, PATSY YANG, and
MARGET EGAN,
                    Defendants.

20 Civ. 9485 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court received the attached letter from the pro se plaintiff on November 5, 2021 in which the plaintiff claims that he filed a Second Amended Complaint on or around August 27, 2021. August 27, 2021 was the deadline that the Court previously set for the filing of an amended complaint. ECF No. 9.

    The Court does not appear to have received the plaintiff's Second Amended Complaint. The time to file a Second Amended Complaint is therefore extended to **Monday, December 6, 2021**. Failure to submit a Second Amended Complaint by this date could result in the case being dismissed for failure to prosecute.

1

The Clerk's Office is directed to mail a copy of this Order to the plaintiff's last known address and to note service on the docket sheet.

**SO ORDERED.**

Dated:   New York, New York
        November 5, 2021

                                        _____
                                              John G. Koeltl
                                        United States District Judge

TO: Honorable Judge John G. Koeltl
FROM: Matthew P. Karelefsky - 1411903366
RE: 1:2020-CV-09485

Date OCTOBER 21-2021 AD

Hi,

I sent in a SECOND AMENDED complaint before August 27 as asked but for some reason I do not see it on my docket sheet.

Also, today I was transferred to Mid-Hudson Forensic Psychiatric center. I was told by staff here that the reason is to conduct a 730 evaluation. I DO NEED to be here, but <u>not</u> for a 730 evaluation. I have sent motions to Judge J. Konviser as well as start a civil lawsuit against Department of Corrections. I am obviously competent to stand trial. I have a right to a speedy trial & I sent a 30:30 pro per. The reason why I need to be in Mid-Hudson Forensic Center is to get <u>TRAUMA THERAPY</u> from years of both sexual and emotional abuse from "Rabbi" J. Max - May it (YSF) die a slow & painful death. - Please put my Second Amended complaint on my docket sheet as well as scan this letter to my file that I may be able to refer to it as evidence at a later time. Sincerly,

Matthew Karelefsky Oct 21 2021
ימח שמו וזכרו

I have a LEGAL RIGHT to want to HEAR it (YSF) SCREAM BECAUSE it (YSF) Made me SUFFER for

YEARS IN SILENCE

MID-HUDSON FORENSIC PSYCHIATRIC CENTER
2834 Route 17M
NEW HAMPTON, N.Y. 10958-0158

Matthew Karelefsky 141190336G
VICTIM OF SEXUAL & EMOTIONAL
ABUSE from "Rabbi" T. Max (YSF)

USM P.S.
LEGAL SDNY
MAIL

To: Honorable JUDGE
JOHN G. KOELTL
c/o COURT HOUSE   SOUTHERN DISTR
500 PEARL ST
NEW YORK, NY 10007

WESTCHESTER
29 OCT 2021 PM 2

U.S. POSTAGE >> PITNEY
ZIP 10958 $ 000.
00356338 NOV. 02