UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW KARELEFSKY,                          20-cv-9485 (JGK)

                    Plaintiff,               ORDER

        - against -

CYNTHANIA BRANN, ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

February _11_ , 2022. The Clerk is directed to mail a copy of this

Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
          January 26, 2022

                                    John G. Koeltl
                            United States District Judge