UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW KARELEFSKY,

                Plaintiff,

     - against -

CYNTHANIA BRANN, PATSY YANG, and MARGET EGAN,

                Defendants.

20-cv-9485 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court received the plaintiff's Second Amended Complaint on January 25, 2022. ECF No. 12. On January 26, 2022, the Court directed the parties to submit a Rule 26(f) report by February 11, 2022. ECF No. 13.

The plaintiff should confirm his current permanent address with the Court as soon as possible.

The Clerk's Office is directed to mail a copy of this Order to the following two addresses and to note service on the docket sheet:

    Matthew Karelefsky
    NYSID: 14699339Z
    B&C No. 1411903366 at George R. Vierno Center
    09-09 Hazen Street
    East Elmhurst, NY 11370

    Matthew Karelefsky
    NYSID: 14699339Z
    B&C No. 1411903366 at Mid-Hudson Forensic Psychotherapy Center
    2834 Route 17M
    New Hampton, NY 10958

The Court also attaches a copy of the January 26, 2022 Order in which the Court directed the parties to submit a Rule 26(f) report by February 11, 2022.

SO ORDERED.

Dated:  New York, New York
        February 7, 2022

                                        John G. Koeltl
                               United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW KARELEFSKY,

            Plaintiff,

- against -

CYNTHANIA BRANN, ET AL.,

            Defendants.

20-cv-9485 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by February _11_, 2022. The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
           January 26, 2022

                                        _____
                                        John G. Koeltl
                                       United States District Judge