UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW KARELEFSKY,

            Plaintiff,

- against -

CYNTHANIA BRANN, PATSY YANG, and MARGET EGAN,

            Defendants.

---

20-cv-9485 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

The plaintiff was required to submit a third amended complaint within 60 days of the Court's Order dated March 1, 2022. The plaintiff has not yet done so. The Court extends the time for the plaintiff to submit his third amended complaint to June 17, 2022.

The Clerk's Office is directed to mail a copy of this Order to the following address and to note service on the docket sheet:

    KARELEFS, MATTHEW
    West Facility (WF)
    16-06 Hazen Street
    East Elmhurst, NY  11370

SO ORDERED.

Dated:    New York, New York
           May 18, 2022

                                      John G. Koeltl
                                  United States District Judge