```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

MATTHEW KARELEFSKY,

                Plaintiff,

      - against -

CYNTHANIA BRANN, PATSY YANG, and MARGET EGAN,

                Defendants.

------------------------------------

20 Civ. 9485 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

By Order dated March 1, 2022, the Court dismissed the plaintiff's second amended complaint, but ordered the plaintiff to file a third amended complaint within 30 days. ECF No. 15. The plaintiff failed to do so. On May 18, 2022, the Court extended the plaintiff's time to file a third amended complaint to June 17, 2022. ECF No. 17. The plaintiff has not done so. Accordingly, this case is dismissed for failure to prosecute. The Clerk is directed to close all pending motions and to close this case.

    The Clerk is directed to mail a copy of this Order to the plaintiff's last known address and to note service on the docket sheet.

SO ORDERED.

Dated:    New York, New York
          June 27, 2022

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                  United States District Judge